UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:23-cr-00415-MC |
| v. | 21 U.S.C. § 841(a)(1), (b)(1)(C), and 846 |
| GUSTAVO MANZO-MARES, | Forfeiture Allegation |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Conspiracy to Possess with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C), and 846)**

On or about December 11, 2020, in the District of Oregon, defendant **GUSTAVO MANZO-MARES** did unlawfully and knowingly conspire to possess with intent to distribute a mixture or substance containing methamphetamine;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and 846.

**FORFEITURE ALLEGATION**

Upon conviction of either offense in Count 1, defendant **GUSTAVO MANZO MARES** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and

**Information**                                                                 **Page 1**

any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: December 22, 2023                                             Respectfully submitted,

NATALIE K. WIGHT
United States Attorney


s/ *John C. Brassell*
JOHN C. BRASSELL, WASB #51639
Assistant United States Attorney